UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10CR7-RLV-DCK-4

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | ORDER |
| ) | |
| OCTAVIO PAREDES, ) | |
| ) | |
| Defendant. ) | |

This **MATTER** is before the Court on its own Motion to administratively close the case as to **OCTAVIO PAREDES**. The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

It is, therefore, **ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: March 2, 2017

*[signature]*

Richard L. Voorhees
United States District Judge